**HEAD: iPhones Everywhere are Now Free to Flatulate**

INTRO: The Apple iTunes App Store has lifted the ban on some controversial applications and approved a much-demanded app which has people pulling each other's virtual fingers. iFart Mobile is now available for download in the app store for just .99.


GRAPHIC CAPTION: iFart Mobile - The Premier iPhone Fart Application

PULL QOUTE: "This app is a work of art, it's pure genius! the UI is great and easy to use. The brown color scheme is just lovely. Definitely the best $.99 I've spent in the app store."

BODY: Loveland, CO (PRWEB) December 15, 2008 -- In a move that will undoubtedly lead to a rash of global gaseous expulsions, Apple computer has officially approved the iFart application for distribution through the iTunes App Store.

Placed on review for several months along with other innovative applications, Apple had remained silent as they sought to determine which kinds of

applications would be "appropriate" for their audience. Despite it's natural occurance as a bodily function, Apple had made it clear that they didn't want apps asking people to pull my finger."

Apple's rejection and/or holding pattern of selected applications has made news throughout the web with articles written on The LA Times, Wired Magazine, The Guardian, TechCrunch, Venture Beat and other web sites. Many criticized Apple for their approval and selection process indicating that their censorship of applications was arbitrary.

This surprising move has led to a much-demanded novelty application now released to the entire iPhone and iPod Touch audience via the App Store.

iFart Mobile is a Digital Sound Machine and entertainment system which brings endless laughs and enjoyment to its users. Combined with more usefulness and functionality than some other popular applications, iFart has a built-in security system designed to surprise and discourage iPhone theft, as well as a "Sneak Attack" function that both Republicans and Democrats alike can agree on.

Reviews of iFart in the iTunes app store indicate that this release has brought a great deal of relief, both within the iPhone community and in user's gastro-intestinal tract.

"This app is a work of art, it's pure genius! the UI is great and easy to use. The brown color scheme is just lovely. Definitely the best $.99 I've spent in the app store."

"This is a hilarious application that has already entertained me for hours pulling pranks on people. Highly recommended!"

Experts agree that laughter can indeed make life more enjoyable. Combined with the ability to release a blast of flatulent goodness at the push of a button, iFart may have the ability to unite people of the world like never before.

iFart Mobile is available for download in the iTunes App Store for $.99. More information and some very humorous copy can be found at the official website, http://www.iFartMobile.com. Email requests may be sent to ifart@got-zip.com.

###